**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**

**IN RE: JONES, DENITA RENEE** **CASE NO. 26-11188**
**DEBTOR** **CHAPTER 7**

---

**AFFIDAVIT**

---

STATE OF MISSISSIPPI
COUNTY OF HINDS

1. My name is Thomas C. Rollins, Jr. I am over the age of twenty-one years, am competent to make this Affidavit, and have personal knowledge of the matters stated herein.

2. I am the duly appointed Chapter 7 Trustee in this case and am an attorney licensed to practice law in the State of Mississippi and before this Court. My Mississippi Bar Number is 103469.

3. I maintain an office at 40 Northtown Drive, Jackson, Mississippi 39211.

4. I have been engaged in the practice of bankruptcy law for over 16 years and am qualified to represent the Trustee in connection with the administration of this Estate.

5. I do not hold or represent any interest adverse to the Estate and am a disinterested person, except for my service as the duly appointed Chapter 7 Trustee in this case.

6. To the best of my knowledge, I have no connections with the Debtor, creditors, other parties in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee, except by virtue of my appointment as Chapter 7 Trustee and any professional contacts arising in the ordinary course of my bankruptcy practice that do not create an adverse interest.

TR
THOMAS C. ROLLINS, JR.

SWORN TO AND SUBSCRIBED BEFORE ME, this the 14 day of September, 2026.

Grayson
NOTARY PUBLIC

STATE OF MISSISSIPPI
NOTARY PUBLIC
ID # 126812
GRAYSON MORRISON
Commission Expires
Feb. 26, 2027
MADISON COUNTY

My Commission Expires: ____________