Certificate Number: 16339-MSN-DE-041622350

Bankruptcy Case Number: 26-11188

16339-MSN-DE-041622350

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 31, 2026, at 3:57 o'clock AM EDT, Denita Jones completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Northern District of Mississippi.

Date: October 31, 2026

By: /s/Kris Krumal

Name: Kris Krumal

Title: Certified Financial Counselor