**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Denita Renee Jones<br>First Name Middle Name Last Name | Social Security number or ITIN | xxx–xx–2218 |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name Middle Name Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Northern District of Mississippi | | |
| Case number: | 26–11188–JDW | | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Denita Renee Jones

11/5/26

**By the court:** Jason D. Woodard
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;
- debts for most student loans;
- debts for most taxes;
- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;
- debts for most fines, penalties, forfeitures, or criminal restitution obligations;
- some debts which the debtors did not properly list;
- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and
- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Northern District of Mississippi

In re: Case No. 26-11188-JDW
Denita Renee Jones Chapter 7
Debtor

# CERTIFICATE OF NOTICE

District/off: 0537-1 User: autodocke Page 1 of 3
Date Rcvd: Nov 05, 2026 Form ID: 318 Total Noticed: 20

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 07, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Denita Renee Jones, 7343 Hugh Lane, Southaven, MS 38671-5837 |
| 4663333 | + | Clinck n' Close Inc, PIO Box 2229 75001-3035 |
| 4663334 | + | Denita Jones, 7343 Hugh Lane, Southaven, MS 38671-5837 |
| 4663336 | + | Guaranteed Rate, 121 South 13th Street, Lincoln, NE 68508-1904 |
| 4663337 | | Locke D. Barkley, 6360 Interstate 55 N Ste 140, Jackson, MS 39211 |
| 4703424 | + | Methodist Lebonheur, 1211 UNION AVE SUITE 120, Memphis, TN 38104-6662 |
| 4663340 | | Office of the US Trustee, 900 Jefferson Ave, Oxford, MS 38655-3608 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 4683592 | + | EDI: ATTWIREBK.COM | Nov 06 2026 03:22:00 | AT&T Services, Inc., by AIS InfoSource LP as agent, Karen Cavagnaro, Esq., 1 AT&T Way, Room 3A104, Bedminster, NJ 07921-2693 |
| 4663331 | | EDI: CAPITALONE.COM | Nov 06 2026 03:22:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 4663332 | | Email/Text: bankruptcy@clicknclose.com | Nov 05 2026 22:28:00 | Click N' Close, 15301 Spectrum Dr, Ste 405, Addison, TX 75001-6877 |
| 4670947 | ^ | MEBN | Nov 05 2026 22:22:06 | Click n Close, Inc, P.O. Box 2229, Addison, Texas 75001-3035 |
| 4663338 | | EDI: CITICORP | Nov 06 2026 03:22:00 | Macy's/ DSNB, Atytn: Bankruptcy, 701 E 60th St N, Sioux Falls, SD 57104-0432 |
| 4663335 | | Email/Text: lquinley@firstsouth.com | Nov 05 2026 22:28:00 | First South Financial Credit Union, 6445 Stage Rd, Bartlett, TN 38134-3738 |
| 4666371 | + | Email/Text: lquinley@firstsouth.com | Nov 05 2026 22:28:00 | First South Financial FCU, 6471 Stage RD, Bartlett, TN 38134-3807 |
| 4674772 | + | Email/Text: bankruptcycourt@towerloan.com | Nov 05 2026 22:28:00 | Gulfco of Mississippi, LLC, P.O. Box 320001, Flowood, MS 39232-0001 |
| 4677857 | | Email/Text: bankruptcy@ensemblehp.com | Nov 05 2026 22:28:00 | METHODIST LEBONHEUR HEALTHCARE, 1211 UNION AVE SUITE 120, memphis, TN 38104 |
| 4663339 | | Email/Text: bankruptcy@ncaks.com | Nov 05 2026 22:28:00 | National Credit Adjusters, Attn: Bankruptcy, PO Box 3023, Hutchinson, KS 67504-3023 |
| 4663341 | | Email/Text: bankruptcycourt@towerloan.com | Nov 05 2026 22:28:00 | Tower Loan, Attn: Bankruptcy, PO Box 320001, Flowood, MS 39232-0001 |
| 4733400 | | Email/Text: EDBKNotices@ecmc.org | Nov 05 2026 22:28:00 | U.S. Department of Education, PO Box 16448, Saint Paul MN 55116-0448 |

| | | | |
|---|---|---|---|
| 4663342 | ^ MEBN | Nov 05 2026 22:22:04 | Westlake Portfolio Management, LLC, Attn: Bankruptcy, PO Box 76809, Los Angeles, CA 90076-0809 |

TOTAL: 13

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 4703417 | | AT&T, by AIS InfoSource LP as agent, Karen Cavagnaro, Esq. 1 AT&T Way, Room 3 |
| 4703418 | * | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 4703419 | * | Click N' Close, 15301 Spectrum Dr, Ste 405, Addison, TX 75001-6877 |
| 4703420 | *+ | Clinck n' Close Inc, PIO Box 2229 75001-3035 |
| 4703423 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, Macy's/ DSNB, Atytn: Bankruptcy, 701 E 60th St N, Sioux Falls, SD 57104-0432 |
| 4703421 | * | First South Financial Credit Union, 6445 Stage Rd, Bartlett, TN 38134-3738 |
| 4703422 | *+ | Guaranteed Rate, 121 South 13th Street, Lincoln, NE 68508-1904 |
| 4703425 | * | National Credit Adjusters, Attn: Bankruptcy, PO Box 3023, Hutchinson, KS 67504-3023 |
| 4703426 | *P++ | TOWER LOAN, P O BOX 320001, FLOWOOD MS 39232-0001, address filed with court:, Tower Loan, Attn: Bankruptcy, PO Box 320001, Flowood, MS 39232-0001 |
| 4703427 | * | Westlake Portfolio Management, LLC, Attn: Bankruptcy, PO Box 76809, Los Angeles, CA 90076-0809 |

TOTAL: 1 Undeliverable, 9 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 07, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 5, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Catherine Anne Umberger | on behalf of Debtor Denita Renee Jones cu@mayfieldlawfirm.com aj@mayfieldlawfirm.com,catherine.a.umberger@gmail.com,rl@mayfieldlawfirm.com,rn@mayfieldlawfirm.com;umberger.catherineb114804@notify.bestcase.com,ms@mayfieldlawfirm.com |
| Charles F. Barbour | on behalf of Creditor Click n Close Inc. cbarbour@blswlaw.com |
| Joseph Todd McDaniel | on behalf of Creditor Gulfco of Mississippi LLC jmcdaniel@towerloan.com, cedouglas@towerloan.com |
| Thomas C. Rollins, Jr. | on behalf of Trustee Thomas Carl Rollins Jr trollins@therollinsfirm.com, jennifer@therollinsfirm.com;notices@therollinsfirm.com;trollins@ecf.inforuptcy.com;calvillojr81745@notify.bestcase.com;TRollins@jubileebk.net;trollins.therollinsfirm.com@recap.email;perry@therollinsfirm.com |
| Thomas Carl Rollins, Jr | trustee@therollinsfirm.com MS20@ecfcbis.com |
| U. S. Trustee | USTPRegion05.AB.ECF@usdoj.gov |

TOTAL: 6